1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700


FILED
JUL 18 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF ) S.W. NO. 2:11-SW-0423 KJN
1838 VICKI LANE, STOCKTON,     )
CALIFORNIA                     )
                               ) REQUEST TO UNSEAL SEARCH
                               ) WARRANT; ORDER
                               )
_____)

The search warrant in the above-captioned proceeding was executed on October 4, 2011, and the investigation has progressed sufficiently that there is no longer a need to keep the search warrant, search warrant application, or search warrant affidavit sealed. Accordingly, the United States asks that the Court order this material unsealed.

                                BENJAMIN B. WAGNER
                                United States Attorney

Date: 7/18/12                   /s/ Richard J. Bender
                                By: RICHARD J. BENDER
                                Assistant U.S. Attorney

                                O-R-D-E-R

It is so ORDERED,
this 18th day of ~~June~~ July, 2012

                                /s/ Carolyn K. Delaney
                                CAROLYN K. DELANEY
                                U.S. Magistrate Judge